UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

    v.

EVENT PRODUCTIONS, INC.,

    Defendant.
_____/

No. C 08-3899 PJH

**ORDER RE REQUEST FOR CONTINUANCE**

    Plaintiff's request for a continuance of the January 22, 2009, initial case management conference is GRANTED. The case management conference will be conducted on Thursday, March 19, 2009, at 2:30 p.m.

    In the alternative, plaintiff may file a motion for default judgment, no later than March 4, 2009, and the date for the case management conference will be vacated. If a motion for default judgment is not filed by that date, the case management conference will go forward on March 19, 2009. No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: January 15, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge