1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

NORTHWEST ADMINISTRATORS, INC.,

11

              Plaintiff,                          No. C 08-3899 PJH

12

      v.                                          **ORDER OF REFERENCE**
13                                                **TO MAGISTRATE JUDGE**
EVENT PRODUCTIONS, INC.,

14

              Defendant.
15  _____/

16          Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a

17  report and recommendation on plaintiff's motion for default judgment.

18          The parties will be advised of the date, time and place of any appearance by notice

19  from the assigned magistrate judge.

20

21  **IT IS SO ORDERED.**

22  Dated:  March 4, 2009

23
                                                  _____
24                                                PHYLLIS J. HAMILTON
                                                  United States District Judge
25

26

27

28