UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

    v.

EVENT PRODUCTIONS, INC.,

    Defendant.
_____/

No. C 08-3899 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Spero's report and recommendation re plaintiff's motion for default judgment. Defendant filed no objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion for default judgment is GRANTED.

Plaintiff is hereby awarded $20,631.63 in damages, as follows: (1) $14,196.51 in unpaid contributions; (2) $4,642.97 in liquidated damages; (3) $477.15 in interest; (4) $720.00 in attorney's fees; and (5) $595.00 in costs.

**IT IS SO ORDERED.**

Dated: April 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge